455 F.2d 1088
 Eric J. SCHMIDT, an individual, Plaintiff and Appellant,
v.
WALLENIUS LINE, a corporation, Fred F. Noonan Company, Inc.,
a corporation, Defendants and Appellees.
 No. 25674.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 15, 1972.
 
 Ernest M. Thayer (argued), San Francisco, Cal., for plaintiff-appellant.
 Richard E. Gutting, Jr. (argued), Gilbert C. Wheat, of Lillick, McHose, Wheat, Adams & Charles, San Francisco, Cal., for defendants-appellees.
 Before CHAMBERS, Circuit Judge, MADDEN,* Judge of the United States Court of Claims, and TRASK, Circuit Judge.
 PER CURIAM:
 
 
 1
 The order dismissing for want of diligent prosecution is affirmed. The trial court has a broad discretion in such matters and we cannot say its action was clearly erroneous.
 
 
 
 *
 J. Warren Madden, Senior Judge of the United States Court of Claims, sitting by designation